DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HUNT

No. 421 PC

Case below: 48 N.C. App. 431

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

STATE v. MILLER

No. 21 PC

Case below: 48 N.C. App. 226

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

STATE v. PARTIN

No. 11 PC

Case below: 48 N.C. App. 274

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 November 1980.

STATE v. PHILLIPS

No. 94 PC

Case below: 49 N.C. App.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 October 1980.

STATE v. PIERCE

No. 40 PC

Case below: 48 N.C. App. 742

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 November 1980.